

March 12, 2025

The Honorable Vincent L. Briccetti
United District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED:

/s/ Vincent L. Briccetti

Vincent L. Briccetti, U.S.D.J.
Dated: 3/12/25
White Plains, NY

RE:   *United States v. Don Paul Trowers*
      24 CR 647 (VB)

Dear Judge Briccetti:

    I represent the defendant, Don Paul Trowers, in the above referenced matter. The purpose of this letter is to respectfully request an extension of the date that Mr. Trowers' bond be signed from March 12, 2025 to March 19, 2025. On February 26, 2025, Mr. Trowers was released on a $100,000 personal recognizance bond to be signed by 2 financially responsible persons by March 12, 2025. At this time, we have not received the relevant documents from potential co-signers and therefore, have been unable to coordinate interviews with the Government. The Government consents to extending the deadline one week. Accordingly, it is respectfully requested that the Court extend the date that Mr. Trowers' bond be signed to March 19, 2025.

    The Court's time and attention to this matter are greatly appreciated.

Very truly yours,

/s/

Calvin H. Scholar

CHS/jb