UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA      :

      :     **ORDER**

v.      :

      :     S1 24 CR 647-5 (VB)

DON PAUL TROWERS,      :

      Defendant.    :
--------------------------------------------------------x

The Court has been advised by Pretrial Services of a change in defendant Trowers's housing situation, although defendant otherwise remains in compliance with the conditions of pretrial release.  The government and defense counsel has been advised of same.

Effective immediately, as requested by Pretrial Services, defendant's location monitoring condition is downgraded from a curfew to stand alone monitoring.  To be clear, defendant is no longer subject to a curfew, but he is subject to stand alone GPS location monitoring under the continued supervision of Pretrial Services.

All other conditions of supervised release remain in effect. However, in the event defendant's family court matter is resolved favorably to defendant, the Court may consider an appropriate request to remove the current residential restriction (i.e., that defendant cannot reside at his family's Lime Street residence).  For now, that residential restriction remains in effect.

Dated: June 18, 2026
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge